UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CARLOS CAPA,

                Plaintiff,

- Against -

STEVEN BROADY,

                Defendant.

------------------------------------------------------------X

**JUDGE SULLIVAN**

**07 CV 10354**

Civil Action No.:

RULE 7.1 STATEMENT OF
DEFENDANT STEVEN
BROADY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for STEVEN BROADY certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Not applicable as this defendant is a natural person.

Dated: November 14, 2007

                                      **MORGAN MELHUISH ABRUTYN**

                                      BY: _____
                                              JOSEPH DeDONATO [JD7319]
                                              39 Broadway, 35th Floor
                                              New York, New York 10006
                                              (212) 809-1111
                                              Attorneys for Defendant
                                              STEVEN BROADY

TO:

MARSHALL S. BLUTH, ESQ.
61 Broadway, Suite 2020
New York, New York 10005
(212) 448-1130
Attorney for Plaintiff
463183



NOV 15 2007
U.S.D.C. S.D.N.Y.
CASHIERS