UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARLOS CAPA,

              Plaintiff(s),

      -against-

STEVEN BRODY,

              Defendant(s),

-------------------------------------------------------------X

                                   <u>JURY DEMAND</u>

                                   Civil Action No.: 1:07-cv-10354

S I R S :

      PLEASE TAKE NOTICE that the plaintiff hereby demands a trial by jury herein, pursuant to the provisions of the Federal Rules of Civil Procedure.

Dated:     New York, New York
             February 21, 2008

                                        Yours, etc.,

                                        _____
                                        MARSHALL S. BLUTH, ESQ.
                                        Attorney for Plaintiff(s)
                                        61 Broadway, Suite 2020
                                        New York, NY 10006
                                        (212) 448-1130

TO:    Morgan Melhuish Abrutyn, Esqs.
         Attorneys for Defendant
         Steven Brody
         39 Broadway, 35th Floor
         New York, New York 10006