UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARLOS CAPA,

                Plaintiff(s),

          -against-

STEVEN BROADY,

                Defendant(s),

-------------------------------------------------------------X

                                         <u>NOTICE OF APPEARANCE</u>

                                         Civil Action No.:  1:07-cv-10354

S I R S :

        PLEASE TAKE NOTICE that The Law Office of Marshall S. Bluth hereby

appears for plaintiff, Carlos Capa, herein.


Dated:       New York, New York
             February 21, 2008

                               Yours, etc.,

                               _____

                               MARSHALL S. BLUTH, ESQ.
                               Attorney for Plaintiff(s)
                               61 Broadway, Suite 2020
                               New York, NY 10006
                               (212) 448-1130


TO:   Morgan Melhuish Abrutyn, Esqs.
       Attorneys for Defendant
       Steven Broady
       39 Broadway, 35th Floor
       New York, New York 10006