USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Carlos Capa,**
                    **Plaintiff,**

        -v-

**Steven Broady,**
                    **Defendant.**

Case No. 07-CV-010354(RJS)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Fox for the following purpose(s):

____  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____  Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

  X   Settlement* -The parties request a settlement conference in late June, 2008.

____  Inquest After Default/Damages Hearing

____  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____  Habeas Corpus

____  Social Security

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:        New York, New York
              2/21/08

_____
RICHARD J. SULLIVAN
United States District Judge