UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS CAPA,

            Plaintiff(s),

       -against-

STEVEN BROADY,

            Defendant(s),

------------------------------------------------------------X

<u>JURY DEMAND</u>

Civil Action No.: 1:07-cv-10354

S I R S :

    PLEASE TAKE NOTICE that the plaintiff hereby demands a trial by jury herein, pursuant to the provisions of the Federal Rules of Civil Procedure.

Dated:    New York, New York
            February 21, 2008

Yours, etc.,

_____s/_____
MARSHALL S. BLUTH, ESQ.
Attorney for Plaintiff(s)
61 Broadway, Suite 2020
New York, NY 10006
(212) 448-1130

TO:  Morgan Melhuish Abrutyn, Esqs.
      Attorneys for Defendant
      Steven Broady
      39 Broadway, 35th Floor
      New York, New York 10006