06/11/2008 11:18 FAX Case 1:07-cv-10354-RJS    Document 11    Filed 06/13/2008    Page 1 of 2    ☒002/003

# MMA    MEMO ENDORSED
## Morgan Melhuish Abrutyn
### Attorneys at Law

ERIC L. POLISHOOK

651 West Mount Pleasant Avenue, Suite 200, Livingston, New Jersey 07039-1673
(973) 994-2500  Fax (973) 994-3375

DIRECT LINE (973) 863-7638
epolishook@morganlawfirm.com

Admitted in NJ and NY



39 Broadway, 35th Floor, New York, New York 10006
(212) 809-1111  Fax (212) 509-3422

www.morganlawfirm.com

Reply to New Jersey Office



June 11, 2008

**Via Facsimile (212) 805-6712**
The Honorable Kevin Nathaniel Fox (c/o Attn: Mr. Ed Pekarek)
United States District Court
For the Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  **CARLOS CAPA V. STEVEN BROADY**
Civil Action No. 1:07 CV 10354
Our File No. MNY 28-489 JDD/DJB

Dear Judge Fox:

We represent the defendant, Steven Broady, in the above-captioned matter. Per our conversation with Mr. Pekarek, he advised us to write to the Court via fax. As I spoke about with him, we are scheduled to appear before Judge Fox on June 30, 2008 for a Settlement Conference. This case is a motor vehicle accident in which Mr. Broady's insurance policy limits are $100,000 and the plaintiff's settlement demand is $95,000.

The insurer, Mercury, is located out of state and though not 100 miles away, we would respectfully request that a representative from Mercury with settlement authority be allowed to participate fully over the telephone. The plaintiff's counsel, Mr. Bluth, has consented to a representative participating by phone. As I advised, Mr. Broady is available to appear at the conference.

Thank you for your consideration.

6/13/08
*application granted.*
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully yours,

/S/Eric L. Polishook
ERIC L. POLISHOOK (7072)

ELP

cc Via Facsimile
(212) 354-2221
Marshall S. Bluth, Esq.
61 Broadway, Suite 2020
New York, New York 10006
Attorney for Plaintiff

487860