UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARLOS CAPA,                              :

            Plaintiff,                  :            ORDER

          -against-                       :            07 Civ. 10354 (RJS)(KNF)

STEVEN BROADY,                            :

           Defendant.                  :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      It having been reported to the Court that the parties have reached a negotiated disposition,

the settlement conference, previously scheduled for June 30, 2008, is cancelled.

Dated: New York, New York                          SO ORDERED:
       June 25, 2008

                                                              KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE

Copies sent via facsimile to:

Marshall Bluth, Esq.
Joseph DeDonato, Esq.