UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS CAPA,

                Plaintiff(s),

        -against-

STEVEN BROADY,

                Defendant(s),
-----------------------------------------------------------X

ECF
STIPULATION OF
DISCONTINUANCE

Civil Action No.: 1:07-cv-10354 (RJS)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the plaintiff, and the attorneys for the defendants in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is, discontinued without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, NY
         June 30, 2008

_____
MARSHALL S. BLUTH, ESQ.
Attorney for Plaintiff
61 Broadway, Suite 2020
New York, NY 10006

_____
Morgan Melhuish Abrutyn, Esqs.
Attorneys for Defendant
Steven Broady
39 Broadway, 35th Floor
New York, New York 10006

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

7/29/08
U.S.D.J.